UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

HILARIO DIAZ LOPEZ

CASE NO. 8:24-cr-59-RAL-AAS

8 U.S.C. § 1326(a)
(Illegal Re-Entry by Deported Alien)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about November 9, 2023, in the Middle District of Florida, the defendant,

HILARIO DIAZ LOPEZ

being an alien of the United States, and was deported, excluded, and removed from the United States on or about June 1, 2017, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

FEB 14 2024 PM 4:35
FILED - USDC - FLMD - TPA

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Lindsey Schmidt
Assistant United States Attorney

By: _____ For
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
February 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

HILARIO DIAZ LOPEZ

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill.

_____
Foreperson

Filed in open court this 14th day of February 2024.

_____
Clerk

Bail $_____

GPO 863 525